UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARVIN KRONA,<br><br>                      Plaintiff,<br><br>   v.<br><br>D.O.C., *et al.*,<br><br>                      Defendants. | Case No. C17-0404-RAJ<br><br>ORDER DISMISSING CIVIL RIGHTS ACTION |

The Court, having reviewed plaintiff's complaint, plaintiff's amended complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

(1) The Court adopts the Report and Recommendation;

(2) This civil rights action is DISMISSED, without prejudice, under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to adequately allege a cause of action under 42 U.S.C. § 1983; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 30th day of August, 2017.

                                                    /s/ Richard A. Jones
                                                   The Honorable Richard A. Jones
                                                   United States District Judge

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1